Alan Bakowski (Ga. Bar No. 373002)
Hans Clausen (Ga. Bar No. 153250)
Christopher Gleason (Ga. Bar No. 105493)
Federal Trade Commission
401 W. Peachtree Street, NW, Suite 1500
Atlanta, Georgia 30308
(404) 656-1363; abakowski@ftc.gov
(404) 656-1361; hclausen@ftc.gov
(404) 656-1352; cgleason@ftc.gov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MAPLEBEAR INC., a corporation, d/b/a INSTACART,<br><br>Defendant. | Case No. 3:25-cv-10783<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF** |

Plaintiff, the Federal Trade Commission, and Defendant, Maplebear Inc., doing business as Instacart, have agreed to the attached Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief ("Stipulated Order") to resolve all matters in dispute in this action. *See* Stipulated Order at 1. Furthermore, Defendant has agreed to waive service of the summons and the Complaint.

Accordingly, Plaintiff and Defendant respectfully request that the Court enter the attached Stipulated Order.

Dated: December 18, 2025

Respectfully submitted,

/s/ Alan Bakowski

ALAN BAKOWSKI
HANS CLAUSEN
CHRISTOPHER GLEASON
Federal Trade Commission
401 W. Peachtree Street, NW, Suite 1500
Atlanta, Georgia 30308
(404) 656-1363; abakowski@ftc.gov
(404) 656-1361; hclausen@ftc.gov
(404) 656-1352; cgleason@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

/s/ Thomas Fu

THOMAS FU (CA Bar No. 325209)
JONATHAN DIRENFELD
Orrick, Herrington & Sutcliffe
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
(213) 612-2458; tfu@orrick.com
(202) 339-8614; jdirenfeld@orrick.com

ANTONY KIM
DREW WISNIEWSKI
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-3394; antony.kim@lw.com
(202) 637-2356; drew.wisniewski@lw.com
SEAN M. BERKOWITZ
Latham & Watkins LLP
330 North Wabash Avenue, Suite 280
Chicago. Illinois 60611
(312) 777-7016; sean.berkowitz@lw.com

Attorneys for Defendant
MAPLEBEAR INC. D/B/A INSTACART

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i), I attest that each of the other signatories has concurred in the filing of this document. This document has been served by electronic filing and by electronic mail on all counsel of record.

/s/ Alan Bakowski